Eastern District of Kentucky
**FILED**

AUG 5 - 2005

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CRIMINAL ACTION NO. 83-24
CIVIL ACTION NO. 05-35 (WOB)

UNITED STATES OF AMERICA             PLAINTIFF

VS.             <u>JUDGMENT</u>

KEITH M. DENMAN             DEFENDANT

This matter is before the court upon the Report and Recommendation of the United States Magistrate Judge, and there being no objections filed thereto, and the court being advised,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge (Doc. #11) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the court; that the defendant's motion to vacate (Doc. #1) be, and it is, hereby **denied**; that the United States' motion to dismiss (Doc. #5) be, and it is, hereby **granted**; and that this action be, and it is, hereby **dismissed** and **stricken** from the docket of this court.

This 5th day of August, 2005.

_____
**WILLIAM O. BERTELSMAN, JUDGE**